# EXHIBIT A

# EXHIBIT A

# EXHIBIT A

# EXHIBIT A

# ACORD® PROPERTY LOSS NOTICE

DATE (MM/DD/YYYY): 1/26/2015

**AGENCY**
PHONE (A/C, No, Ext): (212)219-2273
David Chin General Insurance Brokerage,
87 Bowery, Suite 501

New York    NY 10002
FAX (A/C, No): (212)219-2933
E-MAIL ADDRESS: dchin@dchininsur.com
CODE:    SUB CODE:
AGENCY CUSTOMER ID: 00005273

MISCELLANEOUS INFO (Site & location code)

DATE OF LOSS AND TIME: 1/23/2015    AM / PM
PREVIOUSLY REPORTED: YES / NO

**POLICY TYPE**
PROP/HOME — CO: ASPEN AMERICAN   POL: RKAFT0008703
FLOOD — CO:   POL:
WIND — CO:   POL:

COMPANY AND POLICY NUMBER    NAIC CODE

**POLICY DATES**
EFF: 7/19/2014   EXP: 7/19/2015
EFF:   EXP:
EFF:   EXP:

## INSURED

**NAME AND ADDRESS OF INSURED**
WINKING GROUP, LLC
c/o Longines Realty Inc.
New York    NY 10002

DATE OF BIRTH:
SOC SEC # OR FEIN:

RESIDENCE PHONE (A/C, No):
BUSINESS PHONE (A/C, No, Ext): (212)941-9680 x108
CELL PHONE (A/C, No):
E-MAIL ADDRESS: alantko@gmail.com

NAME AND ADDRESS OF SPOUSE (IF APPLICABLE):
DATE OF BIRTH:
SOC SEC # OR FEIN:

## CONTACT    CONTACT INSURED

**NAME AND ADDRESS**
Alan Ko
c/o Longines Realty Inc.
123 BOWERY  2ND/FL
New York    NY 10002

RESIDENCE PHONE (A/C, No):
BUSINESS PHONE (A/C, No, Ext): (212)941-9680
CELL PHONE (A/C, No):
E-MAIL ADDRESS: alantko@gmail.com
WHERE TO CONTACT:
WHEN TO CONTACT:

## LOSS

**LOCATION OF LOSS:** 75 EAST BROADWAY (SOUTH BLDG), NEW YORK, NY, 10002
2nd Floor, (Restaurant)

POLICE OR FIRE DEPT TO WHICH REPORTED:

**KIND OF LOSS:** FIRE / LIGHTNING / FLOOD / [X] OTHER (Explain): All other physical damage
THEFT / HAIL / WIND

PROBABLE AMOUNT ENTIRE LOSS:

DESCRIPTION OF LOSS & DAMAGE (Use separate sheet, if necessary):
Vandalized by unknown.

## POLICY INFORMATION

**MORTGAGEE**
NO MORTGAGEE

HOMEOWNER POLICIES SECTION I ONLY (Complete for coverage A, B, C, D & additional coverages. For Homeowners Section II Liability Losses, use ACORD 3.)

| A. DWELLING | B. OTHER STRUCTURES | C. PERSONAL PROPERTY | D. LOSS OF USE | DEDUCTIBLES | DESCRIBE ADDITIONAL COVERAGES PROVIDED |
|---|---|---|---|---|---|
|  |  |  |  |  | ON |

COVERAGE A EXCLUDES WIND
SUBJECT TO FORMS (Insert form numbers and edition dates, special deductibles):

FIRE, ALLIED LINES & MULTI-PERIL POLICIES (Complete only those items involved in loss)

| ITEM | SUBJECT OF INSURANCE | AMOUNT | % COINS | DEDUCTIBLE | COVERAGE AND/OR DESCRIPTION OF PROPERTY INSURED |
|---|---|---|---|---|---|
|  | BLDG / CNTS |  |  |  |  |
|  | BLDG / CNTS |  |  |  |  |
|  | BLDG / CNTS |  |  |  |  |

SUBJECT TO FORMS (Insert form numbers and edition dates, special deductibles):

| FLOOD POLICY | BUILDING | | DEDUCTIBLE | | ZONE | PRE FIRM / POST FIRM | DIFF IN ELEV | FORM TYPE | GENERAL / DWELLING | CONDO |
|---|---|---|---|---|---|---|---|---|---|---|
|  | CONTENTS | | DEDUCTIBLE | |  |  |  |  |  |  |
| WIND POLICY | BUILDING | DEDUCTIBLE | CONTENTS | | ZONE | FORM TYPE | GENERAL / DWELLING | CONDO | | |

REMARKS/OTHER INSURANCE (List companies, policy numbers, coverages & policy amounts)(NY ONLY: PREVIOUS ADDRESS OF INSURED & WIFE'S MAIDEN NAME):

| CAT # | FICO # | ADJUSTER ASSIGNED | | ADJUSTER # | DATE ASSIGNED |
|---|---|---|---|---|---|
|  |  |  | |  |  |

| REPORTED BY | REPORTED TO | SIGNATURE OF INSURED | SIGNATURE OF PRODUCER |
|---|---|---|---|
| Alan T. Ko | David Chin |  |  |