# EXHIBIT B

# EXHIBIT B

# EXHIBIT B

# EXHIBIT B

[illegible handwriting]

CIVIL COURT OF THE CITY OF NEW YORK

County of NY

Date 11/13/14    Part 52

Ming Dynasty Restaurant LLC

Petitioner(s),

against

East Market Restaurant Inc

Respondent(s)

Respondent John Roe Jane Doe +

Index No. L&T: 70532/2014

Page 1 of 2

Hon. Kotler

**STIPULATION OF SETTLEMENT**

The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.

Party (please print)

| | | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|---|
| Petitioner | Ming Dynasty Restaurant LLC | | ✓ | | |
| Respondent 1 | East Market Restaurant Inc | | ✓ | | |
| Respondent 2 | John Roe + Jane Doe | | | | |
| Respondent 3 | XYZ Corp | | | ✓ | |
| | | | | ✓ | |

1) Respondent ~~Ming Dynasty Restaurant LLC~~ East Market Restaurant Inc appears in this procedure + consents to the jurisdiction of the Court

2) Final judgment of possession is granted in favor of Petitioner against Respondent. Warrant may issue forthwith. Execution of the warrant is stayed for Respondent to vacate the subject premises no later than January 10, 2015

3) Respondent shall leave premises free of damage, broom clean condition, free of all occupants + property (allowable in leases) to be removed in (lease) other belongings all keep to the Petitioner

4) In consideration of Respondent timely complying with the above, the Petitioner agrees to ~~discon~~ sever its claim of rent/use + occupancy from this proceeding + legal + late charges

CIVIL COURT OF THE CITY OF NEW YORK

County of NY

Date 11/13/14    Part 52

Ming Dynasty Restaurant

Petitioner(s),

against

East Market Restaurant

Respondent(s)

Index No. L&T: 80532/14

Page 2 of 3

Hon. Kotler

## STIPULATION OF SETTLEMENT

*The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.*

| Party (please print) | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|
| Petitioner | | | | |
| Respondent 1 | | | | |
| Respondent 2 | | | | |
| Respondent 3 | | | | |

seek, same is a subsequent plenary actn which Petitioner agrees not to commence until after 1/10/15. Petitioner however may immediately offset any security deposits and escrows against the outstanding rent/use & occupancy due from Respondent with the balance remaining in the plenary actn

5) If the Respondent fails to timely vacate as provided herein, the Petitioner reserves the right to seek the severed sums above in their proceeding.

6) Upon default, the warrant may be executed after service of the Marshall's notice, which may be pre-served to allow for execution of the warrant on 1/11/15.

7) The Petitioner agrees that prior to 1/10/15 that it will not publicize evictn in any advertisement or

CIV-LT-30 page 1 (Revised 4/07)

CIVIL COURT OF THE CITY OF NEW YORK

County of NY

Date 11/13/14    Part 52

Ming Dynasty Restaurant CCC

Petitioner(s),

against

East Market Kasherpert/ud

et al

Respondent(s)

Index No. L&T: 80532/14

Page 3 of 3

Hon. Kotler

**STIPULATION OF SETTLEMENT**

The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.

Party (please print)

|  | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|
| Petitioner |  |  |  |  |
| Respondent 1 |  |  |  |  |
| Respondent 2 |  |  |  |  |
| Respondent 3 |  |  |  |  |

8) This settle agreement settles all claims & defenses in this proceeding, except as otherwise reserved or provided herein.

9) The Respondent has no objection with entry of a possessory judgment on default against the "John Doe" + "Jane Doe" + XYZ Corp who [Respondents] have not appeared in this proceeding.

David B. Hojovir, Jaffe
Fang & Forter PC
Atty for XCap East Market

Steven T. Lee, P.S.
Attorney for Petitioner
By Steve T. Lee, Esq.

HON. LYNN R. KOTLER

NOV 1 3 2014

TV-LT-30 page 1(Revised 4/07)