# EXHIBIT C

# EXHIBIT C

# EXHIBIT C

# EXHIBIT C

51    62392TB-#51
Date Taken: 2/6/2015
Taken By: Todd H. Ballot

Marshall Eviction Paperwork On
Front Door Of Restaurant



52    62392TB-#52
Date Taken: 2/6/2015
Taken By: Todd H. Ballot

Marshell Eviction Paperwork On
Front Door Of Restaurant



WINKINGGROUPLLC

2/16/2015        Page: 26

USA 00038