# EXHIBIT D

# EXHIBIT D

# EXHIBIT D

# EXHIBIT D

62392TB-#1
Date Taken: 2/6/2015
Taken By: Todd H. Ballot

North Bldg Entrance On East
Broadway



62392TB-#2
Date Taken: 2/6/2015
Taken By: Todd H. Ballot

North Bldg Front On East Broadway



WINKINGGROUPLLC



2/9/2015        Page: 1

3    62392TB-#3
     Date Taken: 2/6/2015
     Taken By: Todd H. Ballot

     North Bldg Front On East Broadway



4    62392TB-#4
     Date Taken: 2/6/2015
     Taken By: Todd H. Ballot

     North Bldg Front



WINKINGGROUPLLC



2/9/2015          Page: 2

5   62392TB-#5
Date Taken: 2/6/2015
Taken By: Todd H. Ballot

West Side Playground



6   62392TB-#6
Date Taken: 2/6/2015
Taken By: Todd H. Ballot

West Side Playground



7    62392TB-#7
     Date Taken: 2/6/2015
     Taken By: Todd H. Ballot

     Ming Dynasty-Mens Room Door



8    62392TB-#8
     Date Taken: 2/6/2015
     Taken By: Todd H. Ballot

     Ming Dynasty Mens Room Damages



9    62392TB-#9
     Date Taken: 2/6/2015
     Taken By: Todd H. Ballot

     Ming Dynasty Mens Room Damages



10   62392TB-#10
     Date Taken: 2/6/2015
     Taken By: Todd H. Ballot

     Ming Dynasty Mens Room Damages



11  62392TB-#11
Date Taken: 2/6/2015
Taken By: Todd H. Ballot

Ming Dynasty Women's Room Door



12  62392TB-#12
Date Taken: 2/6/2015
Taken By: Todd H. Ballot

Ming Dynasty Women's Room
Damages



13    62392TB-#13
Date Taken: 2/6/2015
Taken By: Todd H. Ballot

Ming Dynasty Womens Room
Damage



14    62392TB-#14
Date Taken: 2/6/2015
Taken By: Todd H. Ballot

Ming Dynasty Womens Room
Damages



15   62392TB-#15
     Date Taken: 2/6/2015
     Taken By: Todd H. Ballot

     Ming Dynasty Womens Room
     Damages



16   62392TB-#16
     Date Taken: 2/6/2015
     Taken By: Todd H. Ballot

     Ming Dynasty Rear Hall Damages



17    62392TB-#17
      Date Taken: 2/6/2015
      Taken By: Todd H. Ballot

      Ming Dynasty Mirrorred Walls
      Damaged



18    62392TB-#18
      Date Taken: 2/6/2015
      Taken By: Todd H. Ballot

      Ming Dynasty Main Dining Room
      Damages



19    62392TB-#19
Date Taken: 2/6/2015
Taken By: Todd H. Ballot

Ming Dynasty Main Dining Room
Damages



20    62392TB-#20
Date Taken: 2/6/2015
Taken By: Todd H. Ballot

Ming Dynasty Main Dining Room
Damages



21   62392TB-#21
     Date Taken: 2/6/2015
     Taken By: Todd H. Ballot

     Ming Dynasty Main Dining Room
     Damages



22   62392TB-#22
     Date Taken: 2/6/2015
     Taken By: Todd H. Ballot

     Ming Dynasty Main Dining Room
     Damages



23   62392TB-#23
     Date Taken: 2/6/2015
     Taken By: Todd H. Ballot

     Ming Dynasty Kitchen Damages



24   62392TB-#24
     Date Taken: 2/6/2015
     Taken By: Todd H. Ballot

     Ming Dynasty Kitchen Damages



25   62392TB-#25
     Date Taken: 2/6/2015
     Taken By: Todd H. Ballot

     Ming Dynasty Kitchen Damages



26   62392TB-#26
     Date Taken: 2/6/2015
     Taken By: Todd H. Ballot

     Ming Dynasty Kitchen Damages



27  62392TB-#27
Date Taken: 2/6/2015
Taken By: Todd H. Ballot

Ming Dynasty Kitchen Damages



28  62392TB-#28
Date Taken: 2/6/2015
Taken By: Todd H. Ballot

Ming Dynasty Kitchen Damages



29    62392TB-#29
      Date Taken: 2/6/2015
      Taken By: Todd H. Ballot

      Ming Dynasty Kitchen Damages



30    62392TB-#30
      Date Taken: 2/6/2015
      Taken By: Todd H. Ballot

      Ming Dynasty Kitchen Damages



31    62392TB-#31
Date Taken: 2/6/2015
Taken By: Todd H. Ballot

Ming Dynasty Kitchen Damages



32    62392TB-#32
Date Taken: 2/6/2015
Taken By: Todd H. Ballot

Ming Dynasty Ceiling HVAC
Damaged



33   62392TB-#33
     Date Taken: 2/6/2015
     Taken By: Todd H. Ballot

     Ming Dynasty Partion Glass Wall
     Damages



34   62392TB-#34
     Date Taken: 2/6/2015
     Taken By: Todd H. Ballot

     Ming Dynasty Main Dining Room
     Damages



35   62392TB-#35
     Date Taken: 2/6/2015
     Taken By: Todd H. Ballot

     Ming Dynasty Refrigeration Wall
     Unit Damages



36   62392TB-#36
     Date Taken: 2/6/2015
     Taken By: Todd H. Ballot

     Ming Dynasty Ceiling HVAC Damage



37    62392TB-#37
      Date Taken: 2/6/2015
      Taken By: Todd H. Ballot

      Ming Dynasty Main Dining Room
      Damage



38    62392TB-#38
      Date Taken: 2/6/2015
      Taken By: Todd H. Ballot

      Ming Dynasty Dining Room Stage
      Area/Damage



39   62392TB-#39
     Date Taken: 2/6/2015
     Taken By: Todd H. Ballot

     Ming Dynasty Electrical Panel
     Breaker Box-Already Repaired



40   62392TB-#40
     Date Taken: 2/6/2015
     Taken By: Todd H. Ballot

     Ming Dynasty Electrical Panel
     Box/Breakers-Already Repaired



41   62392TB-#41
Date Taken: 2/6/2015
Taken By: Todd H. Ballot

Ming Dynasty Electrical
Panel/Breakers-Already Repaired



42   62392TB-#42
Date Taken: 2/6/2015
Taken By: Todd H. Ballot

Ming Dynasty Electrical
Panel/Breakers-Already Repaired



43   62392TB-#43

Date Taken: 2/6/2015

Taken By: Todd H. Ballot

Ming Dynasty Employee Bathroom
Damages



44   62392TB-#44

Date Taken: 2/6/2015

Taken By: Todd H. Ballot

Ming Dynasty Employee Bathroom
Damages



45    62392TB-#45

Date Taken: 2/6/2015

Taken By: Todd H. Ballot

Marble Staircase From Main Dining
Room To Street Level Damages



46    62392TB-#46

Date Taken: 2/6/2015

Taken By: Todd H. Ballot

Marble Staircase Damages



47  62392TB-#47
Date Taken: 2/6/2015
Taken By: Todd H. Ballot

Main Staircase Wall Damages



48  62392TB-#48
Date Taken: 2/6/2015
Taken By: Todd H. Ballot

Decorative Chinese Panel Ceilings
Damaged



49    62392TB-#49
       Date Taken: 2/6/2015
       Taken By: Todd H. Ballot

       Marble Staircase Damages



50    62392TB-#50
       Date Taken: 2/6/2015
       Taken By: Todd H. Ballot

       Marble Staircase Damages





51   62392TB-#51

Date Taken: 2/6/2015

Taken By: Todd H. Ballot

Marshall Eviction Paperwork On
Front Door Of Restaurant



52   62392TB-#52

Date Taken: 2/6/2015

Taken By: Todd H. Ballot

Marshell Eviction Paperwork On
Front Door Of Restaurant



53    62392TB-#53
      Date Taken: 2/6/2015
      Taken By: Todd H. Ballot

      Restaurant Basement Storage Area
      Damages/Debris



54    62392TB-#54
      Date Taken: 2/6/2015
      Taken By: Todd H. Ballot

      Restaurant Basement Storage Area



55  62392TB-#55
Date Taken: 2/6/2015
Taken By: Todd H. Ballot

Restaurant Basement Storage
Area/Debris



56  62392TB-#56
Date Taken: 2/6/2015
Taken By: Todd H. Ballot

Restaurant Basement Storage
Area/Debris



57   62392TB-#57
     Date Taken: 2/6/2015
     Taken By: Todd H. Ballot

     Restaurant Basement Storage
     Area/Water Damage



58   62392TB-#58
     Date Taken: 2/6/2015
     Taken By: Todd H. Ballot

     South Bldg/Risk Involved



59    62392TB-#59
Date Taken: 2/6/2015
Taken By: Todd H. Ballot

South Bldg/Risk Involved

