# EXHIBIT E

# EXHIBIT E

# EXHIBIT E

# EXHIBIT E

# U. S. Adjustment Corp.

*Adjusters for the Companies*

Please reply to:
40 Fulton Street
New York, N.Y. 10038
(212) 267-5100
Fax (212) 608-4651

August 12, 2016
*Sent via Certified Mail RRR 7015 3010 0000 4534 1594 and 1st Class Mail*

**Winking Group**
c/o Craig A. Blumberg, Esq.
Law Office of Craig A. Blumberg
15 Maiden Lane – 20th fl.
New York, N.Y.  10038-4003

RE:    Our File #      **62392TB** (LG)
       Insured        **Winking Group, LLC**
                      **c/o Longines Realty Inc.**
                      **123 Bowery, 2nd Floor**
                      **New York, N.Y.  10002**
       Policy #        **WKA FT00087-03**
       Loss/location   **(Loc# 1-Bldg 2)**
                      **75 East Broadway**
                      **South Building**
                      **New York, N.Y.  10002**
       Date/Loss       **Friday, January 23, 2015**
       Type/Loss       **Vandalism**

Dear Mr. Blumberg:

The undersigned is a General Adjuster for U.S. Adjustment Corp. the Third Party Administrator for Aspen American Insurance Company, your insurer in connection with the property at 75 East Broadway, South Building, New York, N.Y. on January 23, 2015, when a vandalism event occurred.

You have made claim under the insurance policy f[...]
it is the purpose of this letter to advise as to our cov[...]

Please note that it is the purpose of this letter to a[...]
for coverage.

The policy of insurance issued to you was issued a[...]
Special Form", form CP 10 30 (06/07).  Same provid[...]

Seven Neshaminy Interplex, Suite [...]
U.S. Route 1 & Old Lincoln High[...]
Trevose, Pennsylvania 19053
(215) 244-9500 * Fax (215)244-9:[...]



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com?

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

Our File #: 62392TB (LG)  
<u>Winking Group, LLC</u>

<u>08/12/16</u>  
Page 2

2.    *We will not pay for loss or damage caused by or resulting from any of the following:*

               \*\*\*

    h.    *Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:*

        *(1) Acting alone or in collusion with others, or*

        *(2) Whether or not occurring during the hours of employment.*

*This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.*

See "Causes of Loss – Special Form" CP 10 30 (06/07)

In our view, the losses which you incurred were due to "dishonest or criminal acts by persons to whom you entrusted the property", within the meaning of the policy exclusion, and we accordingly believe that there is no coverage for this loss.

Please note that the policy issued to you also provides, in relevant part:

## D. LEGAL ACTION AGAINST US

*No one may bring a legal action against us under this Coverage Part unless:*

1. *There has been full compliance with all of the terms of this Coverage Part; and*
2. *The action is brought within 2 years after the date on which the direct physical loss or damage occurred.*

Please note that, in addressing this correspondence to you, Aspen American Insurance Company hereby reserves all of its rights at law or otherwise and does not waive any of the terms and conditions of the policy whether their applicability to be known or unknown to Aspen American Insurance Company at this time.

USA 00161

Our File #: 62392TB (LG)
Winking Group, LLC

08/12/16
Page 3

Should you wish to take this matter up with the New York State Department of Financial Services, you may file with the Department either on its website at http://www.dfs.ny.gov/consumer/fileacomplaint.htm or you may write to or visit the Consumer Assistance Unit, Financial Frauds ad Consumer Protection Division, New York State Department of Financial Services at:

One State Street
New York, N.Y.  10004

One Commerce Plaza
Albany, N.Y.  12257

163B Mineola Blvd.
Mineola, N.Y.  11501

Walter J. Mahoney Office Building
65 Court Street
Buffalo, N.Y.  14202

Very truly yours,

Todd Ballot, General Adjuster
tballot@usadjustment.com
U.S. ADJUSTMENT CORPORATION
TB/vg

Pc:    Aspen American Insurance Company

USA 00162