# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

WINKING GROUP, LLC

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

ASPEN AMERICAN INSURANCE COMPANY

_____

(List the full name(s) of the defendant(s)/respondent(s).)

___16__ CV __07401___ ( LGS )(     )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties:    WINKING GROUP, LLC, PLAINTIFF

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the    ☒ judgment    ☐ order    entered on:    January 19, 2018

(date that judgment or order was entered on docket)

that:    granted Defendant's motion for summary judgment and closed the case.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

February 15, 2018

Dated

/S

Signature*

FANG, MARK C.M., Attorney for Plaintiff-Appellant Winking Group, LLC

Name (Last, First, MI)

ONE PENN PLAZA, Suite 3685, New York, NY 10119

Address     City     State     Zip Code

(914) 523-3971

Telephone Number

mfang@markfanglawny.com

E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13